UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT W. SCHLEIZER,

        Plaintiff,                         CASE NO. 2:11-cv-11681-PJD-MAR
                                                     HON. PATRICK J. DUGGAN

v.

BBK Ltd.

        Defendant.

---

| KEITH A. LANGLEY (11919500) | LAWRENCE V. STAWIARSKI (P54831) |
|---|---|
| Langley Weinstein LLP | EARL R. JOHNSON (P70359) |
| Attorneys for Plaintiff | Dawda, Mann, Mulcahy & Sadler, PLC |
| 901 Main Street, Suite 600 | Attorneys for Defendant |
| Dallas, Texas 75202 | 39533 Woodward Avenue, Suite 200 |
| (214) 722-7162 | Bloomfield Hills, Michigan 48304-5103 |
| (214) 722-7161(Facsimile) | (248) 642-3700 |
| klangley@lwllp.com | (248) 642-7791 (Fax) |
| (Application for Admission Approved, Will | lstawiarski@dawdamann.com |
| Be Sworn In at First Opportunity) | ejohnson@dawdamann.com |

## STIPULATED ORDER FOR DISMISSAL WITH PREJUDICE

The Court is advised that parties, by and through their counsel, hereby stipulate to the dismissal of the above-captioned lawsuit, with prejudice and without attorneys' fees or costs to either party, as a result of and pursuant to the terms of a certain Mutual Settlement and Release Agreement between the parties, executed on April 28, 2011; and the Court being otherwise duly advised in the premises:

IT IS HEREBY ORDERED that the above-captioned case is dismissed with prejudice and with each party being responsible for its own costs and fees.

Dated: May 19, 2011

s/Patrick J. Duggan
Patrick J. Duggan
U.S. District Judge

Stipulated and agreed to by:

| /s/ Keith A. Langley | /s/ Earl R. Johnson |
|---|---|
| KEITH A. LANGLEY (11919500) | LAWRENCE V. STAWIARSKI (P54831) |
| Langley Weinstein LLP | EARL R. JOHNSON (P70359) |
| 901 Main Street, Suite 600 | Dawda, Mann, Mulcahy & Sadler, PLC |
| Dallas, Texas 75202 | 39533 Woodward Avenue, Suite 200 |
| (214) 722-7162 | Bloomfield Hills, Michigan 48304-5103 |
| (214) 722-7161(Facsimile) | (248) 642-3700 |
| klangley@lwllp.com | (248) 642-7791 (Fax) |
| (Application for Admission Approved, Will Be Sworn In at First Opportunity) | lstawiarski@dawdamann.com |
| | ejohnson@dawdamann.com |
| Attorney for Plaintiff | Attorneys for Defendant |